# EXHIBIT B

# Kelsch, Iwona

| | |
|---|---|
| **From:** | Mackenzi Saucier <msaucier@morrisbart.com> |
| **Sent:** | Friday, January 17, 2025 10:32 AM |
| **To:** | O'Rourke, Michael; NEC |
| **Cc:** | SJ NEC MDL; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com |
| **Subject:** | [EXTERNAL] RE: RE: Correspondence in Hogan v. Mead Johnson & Company, et al (23-cv-03386) (MDL 3026) PART 1 |

Good morning,

We will discuss with our client and get back with you next week.

Thank you,



**Mackenzi Saucier**
Mass Tort Attorney
Morris Bart, LLC

**Phone**: 504-526-1118
**Fax:** 833-277-4214
**Email**:
msaucier@morrisbart.com

Pan American Life Center
601 Poydras St. 24th Floor
New Orleans, LA 70130

**From:** O'Rourke, Michael <morourke@steptoe.com>
**Sent:** Tuesday, January 14, 2025 9:55 AM
**To:** Mackenzi Saucier <msaucier@morrisbart.com>; NEC <NEC@morrisbart.com>
**Cc:** SJ NEC MDL <sjnecmdl@Steptoe.com>; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com
**Subject:** RE: [EXTERNAL] RE: Correspondence in Hogan v. Mead Johnson & Company, et al (23-cv-03386) (MDL 3026) PART 1

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Counsel,

We received and reviewed the medical records sent by you on December 23, 2024. W have not been able to locate a reference to a Mead Jonson product within the records. Please provide a pincite in support of your allegation that a Mead Johnson product was fed to the infant in this case, or dismiss Mead Johnson per Section 6.a of CMO 12.

Best,

**Michael Andrew O'Rourke**
Associate

**Steptoe**
Steptoe LLP | 227 West Monroe Street Suite 4700 | Chicago, IL 60606
+1 312 577 1239 direct | morourke@steptoe.com | www.steptoe.com | Steptoe Bio

**From:** Mackenzi Saucier <msaucier@morrisbart.com>
**Sent:** Monday, December 23, 2024 7:33 PM
**To:** O'Rourke, Michael <morourke@steptoe.com>; NEC <NEC@morrisbart.com>
**Cc:** SJ NEC MDL <sjnecmdl@Steptoe.com>; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com
**Subject:** [EXTERNAL] RE: Correspondence in Hogan v. Mead Johnson & Company, et al (23-cv-03386) (MDL 3026) PART 1

Good afternoon,

Per CMO 12, Plaintiffs are required to produce all documents produced in response to the subpoenas within thirty days of receipt. While we believe Robert Warren previously forwarded the attached records to you, we have not been able to locate his email transmitting them to you. Unfortunately, Robert Warren is no longer with the firm. Out of an abundance of caution, we are resending the documents. If you have already received these, please disregard this email.

Thank you,



**Mackenzi Saucier**
Mass Tort Attorney
Morris Bart, LLC

**Phone**: 504-526-1118
**Fax:** 833-277-4214
**Email**:
msaucier@morrisbart.com

Pan American Life Center
601 Poydras St. 24th Floor
New Orleans, LA 70130

**From:** O'Rourke, Michael <morourke@steptoe.com>
**Sent:** Tuesday, December 17, 2024 1:24 PM
**To:** John Enochs <jenochs@morrisbart.com>; Betsy Barnes <bbarnes@morrisbart.com>; Robert Warren <rwarren@morrisbart.com>; NEC <NEC@morrisbart.com>
**Cc:** SJ NEC MDL <sjnecmdl@Steptoe.com>; MDL3026PLC@dicellolevitt.com; MJC-Enfamil@cov.com
**Subject:** [EXTERNAL]Correspondence in Hogan v. Mead Johnson & Company, et al (23-cv-03386) (MDL 3026)

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Counsel,

The Complaint and Plaintiff Profile Form in the above-referenced matter do not specifically allege that the infant received a Mead Johnson product, nor has Plaintiff produced any medical records showing that a Mead Johnson product was fed to the infant in this case, as required by Case Management Order No. 12 (CMO 12), Section III.A.3. All cases that fail to demonstrate that Mead Johnson supplied the healthcare facility with the type of preterm infant nutrition administered to the infant must either "(a) dismiss or (b) amend the operative Complaint to dismiss Mead Johnson" within 120 days after the entry of the Order. CMO 12, III.C.6.a. CMO 12 was entered more than 120 days ago on May 6, 2024.

Accordingly, we ask that you immediately produce medical records identifying the Mead Johnson product fed to this infant or dismiss Mead Johnson. If you fail to do so by December 24, we intend to file a motion to show cause, as contemplated by CMO 12. III.C.6.B.

Thank you,

**Michael Andrew O'Rourke**
Associate

**Steptoe**

Steptoe LLP | 227 West Monroe Street Suite 4700 | Chicago, IL 60606
+1 312 577 1239 direct | morourke@steptoe.com | www.steptoe.com | Steptoe Bio

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.